# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LADERRICK WATTS**                                                   **PLAINTIFF**

v.                             No. 4:13-cv-533-DPM

**SHAWN ALLEN, Detective, Fayetteville
Police Department; LEONARD GRAVES,
Detective, Fayetteville Police Department;
DOMINIC SWANFELD, Sergeant, Fayetteville
Police Department; and JOHN THREET,
Prosecuting Attorney, Washington County
Courthouse**                                     **DEFENDANTS**

## ORDER

Everything Watts alleges happened in Fayetteville. The Court therefore transfers this case to the Western District of Arkansas because venue there is proper. 28 U.S.C. § 1406(a). The transfer should be immediate because Watts's appeal rights aren't affected. *In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

19 September 2013