IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LADERRICK WATTS                                                                                       PLAINTIFF

v.                                         Case No. 5:13-CV-05202

SHAWN ALLEN, Detective,
Fayetteville Police Department (FPD);
OFFICER LEONARD GRAVES,
Detective, FPD; DOMINIC SWANFELD,
Sergeant, FPD; and JOHN THREET,
Prosecuting Attorney, Washington County,
Arkansas                                                                                              DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 11) filed in this case on February 12, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. The objection period has passed with no objections being filed by any party.

The Court, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Application for Leave to proceed *in forma pauperis* (Doc. 8) is DENIED and Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE on the grounds that his claims are frivolous, fail to state claims upon which relief can be granted, and seek relief against defendants who are immune from suit.

IT IS SO ORDERED this 2nd day of April, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE